UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

CHASSITY WADE,　　　　　　　　　　　　　　　　　No. 23-cv-01623 (PMH)

　　　　　　　　　　Plaintiff,

　-against-　　　　　　　　　　　　　　　　　　　　　**ORDER**

TOWN OF FISHKILL and JOSEPH DIPALMA,

　　　　　　　　　　Defendants.
------------------------------------------------------------------------x

　　　　WHEREAS, plaintiff's counsel is in possession of transcripts of certain relevant Grand Jury testimony; and

　　　　WHEREAS, the parties agree that these Grand Jury transcripts should be exchanged in discovery in this action,

　　　　NOW, THEREFORE, it is hereby

　　　　ORDERED that plaintiff's counsel may produce the relevant Grand Jury transcripts to defendants' counsel; and it is further

　　　　ORDERED that the Grand Jury transcripts so produced shall be used solely for purposes of the litigation of this action.

Dated:　White Plains, New York
　　　　　June  10 , 2024　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Philip M. Halpern
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge