**Goldman Law PLLC**
Attorney & Counselor at Law

**MEMO ENDORSED**

372 South Plank Road, Suite 2
Newburgh, New York 12550
Main: (845) 534-6472
Fax: (845) 579-3064
www.jrgoldmanlaw.com

Jonathan R. Goldman, Esq.
Direct Ext: 1001
Email: jgoldman@jrgoldmanlaw.com

**VIA ECF**

April 2, 2025

Hon. Victoria Reznik, U.S.M.J.
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *Wade v. Town of Fishkill*
    No. 23-cv-01623 (VR)

Dear Judge Reznik,

  This office is of counsel to Sussman & Associates and, in that capacity, represents the plaintiff in the above-referenced matter. At the March 13, 2025 conference, Your Honor directed counsel to meet and confer regarding outstanding expert discovery and to report back by April 4, 2025. *See* ECF No. 39. I write jointly with opposing counsel to respectfully request a one-week extension of that deadline, to and including April 11, 2025. We thank the Court kindly for its consideration of this request.

          Respectfully submitted,

          */s/ Jonathan R. Goldman*

          Jonathan R. Goldman

cc: All counsel of record (by ECF)

The parties' request is **GRANTED**, and the deadline for the parties to submit a joint letter is extended to **4/11/2025**.

The Clerk of Court is kindly directed to close out the gavel associated with ECF No. 40.

SO ORDERED.

_____
Hon. Victoria Reznik, U.S.M.J.

Dated: 4/3/2025