```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Wade,

                                  Plaintiffs,

        -against-

Town of Fishkill, et al.

                                  Defendant.

-------------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-1623 VR

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **July 16, 2025 at 10:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

        **SO ORDERED.**

DATED:    White Plains, New York
                June 18, 2025

                                                    _____
                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge